H. Ty Kharazi, Esq.; SBN 187894
George J. Vasquez, Esq.: SBN 291395
**YARRA, KHARAZI & CLASON**
2000 Fresno Street, Suite 300
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215

Attorney for Defendants,
EFREN SANTOS, an individual and as successor in interest to LETICIA TREJO deceased and RICARDO SANTOS, deceased; REYNALDA SANTOS, an individual; CESAR SANTOS, an individual and as guardian ad litem for EDUARDO SANTOS, a minor; MARIA E. SANTOS, an individual; EFREN J. SANTOS, an individual; JOSE A. SANTOS, an individual; JUAN M. SANTOS, an individual,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Plaintiffs, <br> v. <br><br> THE TRINITY LOGISTICS GROUP, INC., a Mississippi corporation; EFREN SANTOS, an individual and as successor in interest to LETICIA TREJO deceased and RICARDO SANTOS, deceased; REYNALDA SANTOS, an individual; CESAR SANTOS, an individual and as guardian ad litem for EDUARDO SANTOS, a minor; MARIA E. SANTOS, an individual; EFREN J. SANTOS, an individual; JOSE A. SANTOS, an individual; JUAN M. SANTOS, an individual; A2A TRANSPORATION, INC., a California corporation; ALONSO HERNANDEZ, an individual; FRESHPOINT, INC., a Delaware corporation; SYSCO CORPORATION, INC., a Delaware corporation. <br><br> Defendants. | Case No. **1:15-CV-00931-GSA** <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME** |

/ / /

/ / /

The parties, through their respective counsel, stipulate that the time for Defendants, EFREN SANTOS, an individual and as successor in interest to LETICIA TREJO deceased and RICARDO SANTOS, deceased; REYNALDA SANTOS, an individual; CESAR SANTOS, an individual and as guardian ad litem for EDUARDO SANTOS, a minor; MARIA E. SANTOS, an individual; EFREN J. SANTOS, an individual; JOSE A. SANTOS, an individual; JUAN M. SANTOS, an individual ("SANTOS Defendants"), to respond to Plaintiff's Complaint be extended to September 22, 2015.

Plaintiff's counsel does not oppose the additional time.

Respectfully submitted,

Dated: 9/9/2015.        **NIELSEN, HALEY & ABBOTT, LLP**

By:    /s/  *Tung Khuu*
       JAMES C. NIELSEN, ESQ.
       TUNG KHUU, ESQ.
       Attorneys for Plaintiffs


Dated: 9/9/2015.        **YARRA, KHARAZI & CLASON**

By:    /s/ George J. Vasquez
       H. TY KHARAZI, ESQ.
       GEORGE J. VASQUEZ, ESQ.
       Attorney for Defendants

# ORDER

The above stipulation is granted.

IT IS SO ORDERED.

Dated: __**September 15, 2015**__                    _____/s/ Gary S. Austin__
                                                                       UNITED STATES MAGISTRATE JUDGE

YARRA, KHARAZI
& CLASON
2000 Fresno Street,
Ste. 300
Fresno, CA 93721

3

**STIPULATION AND ORDER**
CASE NO.  1:15-CV-00931-GSA