| | |
|---|---|
| 1 | JAMES C. NIELSEN (111889) |
| 2 | jnielsen@nielsenhaley.com |
|   | TUNG KHUU (221381) |
| 3 | tkhuu@nielsenhaley.com |
|   | NIELSEN, HALEY & ABBOTT LLP |
| 4 | 100 Smith Ranch Road, Suite 350 |
|   | San Rafael, California 94903 |
| 5 | Telephone:  (415) 693-0900 |
| 6 | Facsimile:  (415) 693-9674 |
| 7 | Attorneys for Plaintiff, |
|   | PENN-STAR INSURANCE COMPANY |
| 8 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY, a Pennsylvania corporation, | Case No. 1:15-CV-00931-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL OF ALONSO HERNANDEZ AND A2A TRANSPORTATION, INC. |
| v. | |
| THE TRINITY LOGISTICS GROUP, INC., a Mississippi corporation; EFREN SANTOS, an individual and as successor in interest to LETICIA TREJO, deceased and RICARDO SANTOS, deceased; REYNALDA SANTOS, an individual; CESAR SANTOS, an individual and as guardian ad litem for EDUARDO SANTOS, a minor; MARIA E. SANTOS, an individual; EFREN J. SANTOS, an individual; JOSE A. SANTOS, an individual; JUAN M. SANTOS, an individual; A2A TRANSPORTATION, INC., a California corporation; ALONSO HERNANDEZ, an individual; FRESHPOINT, INC., a Delaware corporation; SYSCO CORPORATION, INC., a Delaware corporation, | |
| Defendants. | |

---

1

STIPULATION AND ORDER FOR DISMISSAL OF ALONSO HERNANDEZ AND A2A TRANSPORTATION, INC.

## STIPULATION

Plaintiff Penn-Star Insurance Company, through its counsel, and defendants Alonso Hernandez and A2A Transportation, Inc., through their counsel, hereby stipulate as follows:

1. Penn-Star is seeking a judicial determination of Penn-Star's rights and obligations in connection with the underlying wrongful-death action styled *Efren Santos, et al. v. Alonso Hernandez, et al.*, Fresno County, California, Superior Court Case No. 14CECG02637.  Penn-Star has provided copies of the pleadings and service papers in this declaratory-judgment lawsuit to defendants Alonso Hernandez and A2A Transportation, Inc.

2. Defendants Alonso Hernandez and A2A Transportation, Inc. have informed Penn-Star that defendants Alonso Hernandez and A2A Transportation, Inc. do not wish to be a party to this action, take no position with respect to Penn-Star's contentions set forth in its complaint as filed herein on June 19, 2015, and do not oppose the granting of the relief sought by that complaint.

3. After consulting with their counsel, defendants Alonso Hernandez and A2A Transportation, Inc. stipulate that they will not oppose the granting of the declaratory relief sought in the original complaint herein as filed on June 19, 2015; and that they will be bound to the extent of such relief, if granted.

///
///
///
///
///
///
///
///
///

4. Based on the above, Penn-Star and defendants Alonso Hernandez and A2A Transportation, Inc. stipulate that Alonso Hernandez and A2A Transportation, Inc. be dismissed without prejudice from this lawsuit.

September 3, 2015                                    CLIFFORD & BROWN

                                                By:  /s/ Daniel T. Clifford                    .
                                                    Daniel T. Clifford
                                                    Attorneys for defendants Alonso
                                                    Hernandez and A2A Transportation, Inc.

September 2, 2015                                    NIELSEN, HALEY & ABBOTT LLP

                                                By:  /s/  Tung Khuu                              .
                                                    Tung Khuu
                                                    Attorneys for plaintiff
                                                    Penn-Star Insurance Company

### **ORDER**

In accordance with the above stipulation, IT IS HEREBY ORDERED that defendants Alonso Hernandez and A2A Transportation, Inc. are DISMISSED without prejudice.  This case shall proceed as to the claims against the remaining parties.

IT IS SO ORDERED.

Dated:  September 25, 2015

                                             MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                             UNITED STATES DISTRICT COURT