JAMES C. NIELSEN (111889)
  *jnielsen@nielsenhaley.com*
TUNG KHUU (221381)
  *tkhuu@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone:  (415) 693-0900
Facsimile:  (415) 693-9674

Attorneys for Plaintiff,
PENN-STAR INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY, a Pennsylvania corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>THE TRINITY LOGISTICS GROUP, INC., a Mississippi corporation; EFREN SANTOS, an individual and as successor in interest to LETICIA TREJO, deceased and RICARDO SANTOS, deceased; REYNALDA SANTOS, an individual; CESAR SANTOS, an individual and as guardian ad litem for EDUARDO SANTOS, a minor; MARIA E. SANTOS, an individual; EFREN J. SANTOS, an individual; JOSE A. SANTOS, an individual; JUAN M. SANTOS, an individual; A2A TRANSPORTATION, INC., a California corporation; ALONSO HERNANDEZ, an individual; FRESHPOINT, INC., a Delaware corporation; SYSCO CORPORATION, INC., a Delaware corporation,<br><br>            Defendants. | Case No. 1:15-CV-00931-GSA<br><br><br>STIPULATION AND ORDER TO BE BOUND BY DECLARATORY JUDGMENT ACTION |

STIPULATION AND ORDER TO BE BOUND BY DECLARATORY RELIEF AS PRAYED

## STIPULATION

Plaintiff Penn-Star Insurance Company, through its counsel, and Great West Casualty Company, through its counsel, hereby stipulate as follows:

1.     Penn-Star has filed this declaratory-judgment lawsuit against several defendants, including Alonso Hernandez and A2A Transportation, Inc., seeking a judicial determination of Penn-Star's rights and obligations in connection with the underlying wrongful-death action styled *Efren Santos, et al. v. Alonso Hernandez, et al.*, Fresno Superior Court of the County of Fresno case no. 14CECG02637.

2.     Great West is a motor carrier liability insurer for Alonso Hernandez and A2A Transportation, Inc., and is affording them a defense and indemnity, pursuant to the terms, limitations and conditions of its policy No. MCP08767A, with respect to the underlying *Santos* action.

3.     Penn-Star has provided to Great West copies of the pleadings and service papers in this declaratory-judgment lawsuit, and proposes to amend the complaint to name Great West as a party defendant to this action.

4.     Great West does not wish to be a party to this action, takes no position with respect to Penn-Star's contentions set forth in its complaint as filed herein on June 19, 2015, and does not oppose the granting of the relief sought by that complaint.

///
///
///
///
///
///
///
///
///
///

STIPULATION AND ORDER TO BE BOUND BY DECLARATORY RELIEF AS PRAYED

5. Great West therefore stipulates that, in consideration of Penn-Star forbearing to add it as a party defendant to this action, it does not and will not oppose the granting of the declaratory relief sought in the original complaint herein as filed on June 19, 2015; and that it will be bound to the extent of such relief, if granted.

August 28, 2015                                    LOSSING & ELSTON

                                                   By: /s/ Lawrence G. Lossing          .
                                                        Lawrence G. Lossing
                                                        Attorneys for Great West
                                                        Casualty Company

August 31, 2015                                    NIELSEN, HALEY & ABBOTT LLP

                                                   By: /s/ Tung Khuu                    .
                                                        Tung Khuu
                                                        Attorneys for plaintiff
                                                        Penn-Star Insurance Company

## ORDER

**IT IS SO ORDERED.**

Dated: September 25, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT