H. Ty Kharazi, Esq.; SBN 187894
**YARRA, KHARAZI & CLASON**
2000 Fresno Street, Suite 300
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215

Attorney for Defendant and Cross-Complainant
EFREN SANTOS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Plaintiffs,<br>  v.<br><br>THE TRINITY LOGISTICS GROUP, INC., et al.<br><br>    Defendants; | Case No. **1:15-CV-00931-DAD-EPG**<br><br>**STIPULATION TO CORRECT CAPTION; IDENTIFY TRUE NAME OF PARTIES AND ORDER THEREON** |
| EFREN SANTOS, Assignee of Trinity Logistics Group, Inc.<br><br>    Cross Claimant,<br><br>   v.<br><br>PENN-STAR INSURANCE COMPANY, a Pennsylvania corporation; REBECCA DESAUTELS, an Individual HUB INTERNATIONAL LIMITED COMPANY, a Delaware Corporation,<br><br>    Cross Defendants. | |

/ / /

/ / /

/ / /

1
STIPULATION TO CORRECT CAPTION; IDENTITY TRUE NAME OF PARTIES AND ORDER THEREON
CASE NO. 1:15-CV-00931-DAD-EPG

**YARRA, KHARAZI & CLASON**
2000 Fresno Street,
Ste. 300
Fresno, CA 93721

1  The following Stipulation is entered by and between Cross-Complainant, EFREN SANTOS
2  and Cross-Defendant, HUB INTERNATIONAL TRANSPORTATION INSURANCE SERVICES,
3  INC. named erroneously on the Cross Complaint as and HUB INTERNATIONAL LIMITED
4  COMPANY, a Delaware Corporation.
5  WHEREAS on January 28, 2016, Cross-Complainant, EFREN SANTOS filed his Cross-
6  Complaint naming a cross defendant as HUB INTERNATIONAL LIMITED COMPANY, a
7  Delaware Corporation.
8  WHEREAS on March 31, 2016, Cross-Defendant, HUB INTERNATIONAL
9  TRANSPORTATION INSURANCE SERVICES, INC. filed its Answer to Cross-Complaint, and
10 properly identified the true name of Cross-Defendants as noted herein to be HUB
11 INTERNATIONAL TRANSPORTATION INSURANCE SERVICES, INC.
12 The parties desire to enter into this stipulation to correct the pleadings in the Cross-
13 Complaint and to identify the parties' true name.
14 IT IS HEREBY STIPULATED by and between the parties that the true and proper name of
15 Cross-Defendant, HUB INTERNATIONAL LIMITED COMPANY, a Delaware Corporation is
16 HUB INTERNATIONAL TRANSPORTATION INSURANCE SERVICES, INC.
17 Accordingly, the parties respectfully request that the caption and the clerk's docket be
18 corrected to reflect the true name of Cross-Defendant to be reflected as duly noted herein above.

19 **IT IS SO STIPULATED:**    **YARRA, KHARAZI & CLASON**
                                /s/ H. Ty Kharazi
20 Dated: March 25, 2016.        _____
21                               H. TY KHARAZI, Attorney for Cross-Complainant,
                                 EFREN SANTOS
22
23                              **McCORMICK BARSTOW, LLP**
                                 /s/ Gordon M. Park
24 Dated: March 25, 2016.        _____
25                               GORDON M. PARK, Esq. or
                                 GRAHAM V. LEUVEN, Esq.
26                               Attorney for Cross-Defendant, HUB
                                 INTERNATIONAL TRANSPORTATION
27                               INSURANCE SERVICES, INC.
28

YARRA, KHARAZI
& CLASON
2000 Fresno Street,
Ste. 300
Fresno, CA 93721

2
STIPULATION TO CORRECT CAPTION; IDENTITY TRUE NAME OF PARTIES AND ORDER THEREON
CASE NO. 1:15-CV-00931-DAD-EPG

# **ORDER**

The Parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the docket be corrected to reflect that the true name of Cross-Defendant HUB INTERNATIONAL LIMITED COMPANY is HUB INTERNATIONAL INSURANCE TRANSPORTATION SERVICES, INC. The Court DIRECTS the Clerk of the Court to correct the docket to reflect Cross-Defendant's true name.

IT IS SO ORDERED.

Dated:   **March 29, 2016**                         /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE

YARRA, KHARAZI
& CLASON
2000 Fresno Street,
Ste. 300
Fresno, CA 93721

3

STIPULATION TO CORRECT CAPTION; IDENTITY TRUE NAME OF PARTIES AND ORDER THEREON
CASE NO.  1:15-CV-00931-DAD-EPG