UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>THE TRINITY LOGISTISTICS GROUP, INC., et al.,<br><br>　　　　　Defendants. | No. 1:15-cv-00931-DAD-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANTS SYSCO MERCHANDISING AND SUPPLY CHAIN SERVICES, INC., FRESHPOINT, INC., AND SYSCO CORPORATION<br><br>(Doc. No. 55) |

On July 13, 2016, plaintiff Penn-Star Insurance Company and defendant Sysco Merchandising and Supply Chain Services, Inc. (erroneously sued as Freshpoint, Inc. and Sysco Corporation, Inc.) filed a joint stipulation dismissing Sysco Merchandising and Supply Chain Services, Inc., Freshpoint, Inc., and Sysco Corporation, Inc. from the action without prejudice. (Doc. No. 55.) In light of the parties' stipulation, Sysco Merchandising and Supply Chain Services, Inc., Freshpoint, Inc., and Sysco Corporation have been dismissed from this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688,

/////

/////

/////

/////

1

692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to terminate from this action Sysco Merchandising and Supply Chain Services, Inc., Freshpoint, Inc., and Sysco Corporation.

IT IS SO ORDERED.

Dated:   **July 13, 2016**  
　　　　　　　　　　　　　　　　　　*/s/ Dale A. Drozd*  
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE