UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRINITY LOGISTICS GROUP, INC. et al.,<br><br>　　　　　Defendants.<br><br>EFREN J. SANTOS,<br><br>　　　　　Counterclaimant and<br>　　　　　third-party plaintiff,<br><br>　　v.<br><br>PENN-STAR INSURANCE COMPANY, REBECCA DESAUTELS, and HUB INTERNATIONAL TRANSPORTATION INSURANCE SERVICES, INC.,<br><br>　　　　　Counterdefendant and<br>　　　　　third-party defendants. | No. 1:15-cv-00931-DAD-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE PLAINTIFF AND CROSS DEFENDANT PENN-STAR INSURANCE COMPANY; AND DEFENDANTS TRINITY LOGISTICS GROUP, INC., REYNALDA SANTOS, CESAR SANTOS, E. SANTOS, MARIA E. SANTOS, JOSE A. SANTOS, AND JUAN M. SANTOS<br><br>(Doc. Nos. 54, 62, 63) |

　　　　On August 24, 2016, plaintiff Penn-Star Insurance Company ("Penn-Star") and defendants Trinity Logistics Group, Inc. ("Trinity"), Efren Santos, Reynalda Santos, Cesar Santos, E. Santos, Maria E. Santos, Efren J. Santos, Jose A. Santos, and Juan M. Santos filed a

1

joint stipulation to dismiss plaintiff Penn-Star's complaint without prejudice, with each party to bear its own attorney's fees and costs. (Doc. No. 63.) In light of the parties' stipulation, plaintiff Penn-Star's complaint is dismissed without prejudice and without an order as to attorney's fees or costs. S*ee* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Also on August 24, 2016, defendant and counterclaimant Efren Santos filed a notice of voluntary dismissal with prejudice of his counterclaims against Penn-Star pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear its own attorney's fees and costs. (Doc. No. 62.) While Penn-Star has filed a motion to dismiss (Doc. No. 54), it has not filed an answer nor a motion for summary judgment. "Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)." *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing *Miller v. Reddin*, 422 F.2d 1264, 1265 (9th Cir. 1970)). In light of this, the counterclaims against Penn-Star have terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and are dismissed.

Accordingly,

1. The Clerk of the Court is directed to terminate plaintiff and counterdefendant Penn-Star from this action;
2. Penn-Star's motion to dismiss (Doc. No. 54) is dismissed as having been rendered moot;
3. The hearing on Penn-Star's motion to dismiss, set for September 6, 2016, is vacated;
4. The Clerk of the Court is directed to terminate defendants Trinity, Efren Santos, Reynalda Santos, Cesar Santos, E. Santos, Maria E. Santos, Efren J. Santos, Jose A. Santos, and Juan M. Santos from this action;

/////
/////
/////
/////

5. This case now proceeds only on third-party plaintiff Efren Santos' first amended third-party complaint (Doc. No. 50) against third-party defendants Rebecca Desautels and Hub International Insurance Transportation Services, Inc.

IT IS SO ORDERED.

Dated: **August 29, 2016**

_____
UNITED STATES DISTRICT JUDGE