McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Gordon M. Park, #72190
  *gordon.park@mccormickbarstow.com*
Graham Van Leuven, #295599
  *graham.vanleuven@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Cross-Defendant Hub International
Transportation Insurance Services Inc. and Cross-
Defendant Rebecca Desautels

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE TRINITY LOGISTICS GROUP, INC., et al.,<br><br>Defendant. | Case No. 1:15-CV-00931-DAD-EPG<br><br>**STIPULATION AND ORDER TO VACATE SCHEDULED DATES**<br><br>The Hon. Dale A. Drozd |
| EFREN SANTOS,<br><br>Counter-Claimant/Cross-Claimant,<br><br>v.<br><br>PENN-STAR INSURANCE COMPANY; REBECCA DESAUTELS; HUB INTERNATIONAL TRANSPORTATION INSURANCE SERVICES, INC.,<br><br>Counter-Defendant and Cross-Defendants | |

## **STIPULATION OF THE PARTIES**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel of record, as follows:

1. The parties, through their attorneys of records, namely: H. Ty Kharazi (for the Santos Defendants and Counter-Claimant/Cross-Claimant Efren Santos) and Gordon M. Park and Graham Van Leuven (for Cross-Defendant Hub International Transportation Insurance Services Inc. and Cross-Defendant Rebecca Desautels), hereby enter into this Stipulation with respect to the parties' joint request to extend the deadlines for completion of discovery and for expert disclosure.

2. This litigation arises from a dispute over coverage provided by a Penn-Star Insurance Company ("Penn-Star") insurance policy which was purchased by Former Defendant The Trinity Logistics Group, Inc. and a Cross Complaint For Damages filed by Efren Santos, as assignee of Trinity Logistics Group, Inc.

3. Penn-Star's original complaint was filed on June 19, 2015.

4. Thereafter a Pretrial Scheduling Order was issued by the Court on January 28, 2016. In that order, the Court ordered specific deadlines including:

> October 17, 2016 for completion of all discovery, with the exception of expert discovery.
>
> December 16, 2016 for disclosure of expert witnesses
>
> April 13, 2017 for the last day to hear dispositive motions.
>
> August 10, 2017 for a Joint Final Pretrial Conference Statement.
>
> August 17, 2017 for parties to file trial briefs.
>
> August 31, 2017 at 2:00 p.m. for the Final Pretrial Conference.
>
> October 16, 2017 at 9:00 a.m. for a jury trial with an estimate trial length of three (3) days.

5. After Pretrial Scheduling Order was issued, Santos, as assignee of Trinity Logistics Group, Inc. filed a Cross Complaint For Damages on January 28, 2016. This Cross Complaint For Damages introduced two new parties to this action: Cross-Defendant Hub International Transportation Insurance Services Inc. ("Hub International") and Cross-Defendant Rebecca Desautels ("Desautels").

1   These parties were not present for and had not participated in the prior scheduling conference.

2         6.     On February 29, 2016, this action was reassigned from District Judge Morrison C.

3   England to District Judge Dale A. Drozd for all further proceedings.

4         7.     On March 11, 2016, Penn-Star filed a Motion to Dismiss Cross-Complaint and for

5   Judgment on the Pleadings, which was granted in part and denied in part on May 9, 2016.

6         8.     On March 21, 2016, Hub International and Desautels filed an answer to the Cross

7   Complaint.

8         9.     On May 10, 2016, counsel for all parties then involved met and conferred to discuss the

9   anticipated discovery necessary to prepare the issues involved in Santos' claims for trial. It was

10  determined that many of the necessary witnesses reside out of state, and while these witnesses will

11  cooperate with scheduling and depositions, there are a significant number of documents that may

12  necessarily be obtained from non-parties. It was further determined that given the number of schedules

13  which needed to be coordinated it was unlikely that all necessary discovery would be completed

14  pursuant to the currently scheduled deadline.

15        10.    Counsel for all parties then active determined that the scheduled dates should be reset.

16  However, as the pleadings were not then settled, Counsel determined that it was not proper to request

17  that dates be reset until the pleadings were settled.

18        11.    On May 17, 2016, Santos filed a First Amended Cross Complaint for Damages and

19  Declaratory Relief.

20        12.    On July 8, 2016, Penn-Star filed a Motion to Dismiss the First Amended Cross-

21  Complaint.

22        13.    Prior to the hearing on Penn-Star's Motion to Dismiss, Santos and Penn-Star reached a

23  settlement resulting in a voluntary dismissal of Penn-Star's declaratory relief complaint without

24  prejudice and a dismissal of Santos' Cross-Complaint as to Penn-Star with prejudice. However,

25  Santos' claims against Hub International and Desautels remain.

26        14.    As the pleadings have now settled, the parties now request that the Court reset the

27  scheduled dates and hold a new scheduling conference regarding Santos' First Amended Cross-

28  Complaint.

15.     The extension of the currently scheduled dates is requested in good faith and is not being done to cause undue delay or harassment.  No prejudice will be suffered by any party or witness by way of this Court extending the currently scheduled discovery cutoff.

16.     Accordingly, the undersigned parties hereby jointly stipulate and request that the currently scheduled dates be vacated, and a new scheduling conference be set.

Dated:  September 29, 2016

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____/s/ Gordon Park_____
Gordon M. Park
Graham Van Leuven
Attorneys for Cross-Defendant Hub International Transportation Insurance Services Inc. and Cross-Defendant Rebecca Desautels

Dated:  September 29, 2016

By: ___/s/ H. Ty Kharazi (as authorized on September 29, 2016)___
H. Ty Kharazi
Attorneys for the Santos defendants and Counter-Claimant/Cross-Claimant Efren Santos

1

## <u>ORDER</u>

2        The Court, having considered the parties' stipulation to vacate scheduled dates, and for GOOD

3  CAUSE shown,

4        1.      All currently scheduled dates and deadlines are vacated.

5        2.      Counsel are directed to contact Magistrate Judge Erica P. Grosjean's courtroom deputy

6  to arrange a date for a new scheduling conference in this matter.

7

8  IT IS SO ORDERED.

9  Dated:   __**October 4, 2016**__          _____

10                            UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28