# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN SANTOS, Assignee of TRINITY LOGISTICS GROUP, INC.,<br><br>Cross-Claimant,<br><br>v.<br><br>HUB INTERNATIONAL TRANSPORTATION INSURANCE SERVICES, INC., a Delaware Corporation, and REBECCA DESAUTELS, an Individual,<br><br>Cross-Defendants. | Case No.  1:15-cv-00931-DAD-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 81) |

On April 4, 2017, the parties filed a stipulation dismissing this action with prejudice. (ECF No. 81.) All remaining parties have agreed to the stipulation. In light of the stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **April 6, 2017**                              /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28